A & M WESTMINSTER FARM, INC., Frank Arena & Eccomunity Farms v. DEPARTMENT OF TAXES, No. 37-78

April 21, 1978. Appeal dismissed for lack of jurisdiction.

STATE of Vermont v. James DUFF, No. 55-78

April 24, 1978. Motion to Dismiss Appeal denied.

Elsa MORISSETTE v. Paul MORISSETTE, No. 70-78

April 24, 1978. Appeal dismissed for lack of final judgment below and no permission for interlocutory appeal having been obtained. V.R. A.P. 4, 5(b).

STATE of Vermont v. Donald STEWART, No. 130-78

May 9, 1978. Defendant's motion for permission to appeal pursuant to V.R.A.P. 5(b)(1) denied.

Belmont FRANK v. Gordon PAQUETTE and City of Burlington, No. 16-77

May 25, 1978. Request for additional continuance denied; appeal dismissed for failure to comply with order of April 4, 1978.

John F. TATRO v. DEPARTMENT OF SOCIAL WELFARE, No. 143-77

May 25, 1978. Appeal dismissed for failure to comply with order of April 5, 1978.

John F. TATRO v. DEPARTMENT OF SOCIAL WELFARE, No. 284-77

May 25, 1978. Appeal dismissed for failure to comply with order of April 5, 1978.

Kenneth M. PEARSON v. DEPARTMENT OF SOCIAL WELFARE, No. 330-77

May 25, 1978. Appeal dismissed for failure to comply with order of April 5, 1978.

Nora ZABLOW v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 343-77

May 25, 1978. Appeal dismissed for failure to comply with terms of stipulation of the parties filed April 3, 1978, and order of the Court filed April 4, 1978.

Robert E. and Joan JOHNSON v. Rodney and Barbara KELLEY, No. 68-78